B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dimperio, Frank A Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Dimperio, Katie B** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6132** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8513** |
| Street Address of Debtor (No. and Street, City, and State):<br>**10724 Valley Court**<br>**Orland Park, IL**　　　　　　　　ZIP Code **60462** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**10724 Valley Court**<br>**Orland Park, IL**　　　　　　　　ZIP Code **60462** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>　　　　　　　　　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　　　　　　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dimperio, Frank A Jr.**<br>**Dimperio, Katie B** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dimperio, Frank A Jr.**<br>**Dimperio, Katie B** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Frank A Dimperio, Jr.**
Signature of Debtor **Frank A Dimperio, Jr.**

X **/s/ Katie B Dimperio**
Signature of Joint Debtor **Katie B Dimperio**

Telephone Number (If not represented by attorney)

**September 28, 2010**
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**September 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Frank A Dimperio, Jr.,**                                                    Case No. _____
       **Katie B Dimperio**

                                                   Debtors

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Avenue Premier Carpentry & Siding Contractors, Inc.**<br>**Northern District of Illinois** | **10 B 39070**<br>**Shareholder** | **08/31/10**<br>**Hon. Bruce W. Black** |
| **Avenue, Inc.**<br>**Northern District of Illinois** | **09 B 28521**<br>**Shareholder** | **08/08/09**<br>**Hon. Bruce W. Black** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Frank A Dimperio, Jr.
         Katie B Dimperio
                                    Debtor(s)

Case No. _____
Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Frank A Dimperio, Jr.
Frank A Dimperio, Jr.

Date:    September 28, 2010

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Frank A Dimperio, Jr.
Katie B Dimperio

Debtor(s)

Case No. _____

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Katie B Dimperio
                         Katie B Dimperio

Date:    September 28, 2010

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Frank A Dimperio, Jr.,**
**Katie B Dimperio**
                                                              ,
Debtors

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 700,000.00 | | |
| B - Personal Property | Yes | 4 | 133,302.30 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 828,689.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 7,890,043.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,861.93 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 11,597.00 |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 833,302.30 | | |
| Total Liabilities | | | | 8,718,732.09 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Frank A Dimperio, Jr.,**                Case No. _____
         **Katie B Dimperio**

                                         Debtors       Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re      **Frank A Dimperio, Jr.,**                                              Case No. _____
           **Katie B Dimperio**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **10724 Valley Court, Orland Park IL; Single Family Residence** | **Fee Simple** | **J** | **700,000.00** | **750,044.74** |

| | | |
|---|---|---|
| Sub-Total > | **700,000.00** | (Total of this page) |
| Total > | **700,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Frank A Dimperio, Jr.,**                                    Case No. _____
         **Katie B Dimperio**
                                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash On Hand** | J | 300.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America, Checking Account ending 4182** | W | 111.89 |
| | | | **Bank of America, Checking Account ending 4823** | J | 50.00 |
| | | | **Bank of America, Savings Account ending 5359** | J | 301.13 |
| | | | **Bank of America, Savings Account ending 6177** | W | 0.01 |
| | | | **TCF Bank, Checking Account ending 8387** | H | 100.00 |
| | | | **Fifth Third Bank, Checking Account ending 9638** | W | 5.57 |
| | | | **Fifth Third Bank, Savings Account ending 9046 (Custodian for Minor Child)** | W | 0.00 |
| | | | **Fifth Third Bank, Savings Account ending 9103 (Custodian for Minor Child)** | W | 0.00 |
| | | | **Fifth Third Bank, Savings Account ending 9228 (Custodian for Minor Child)** | W | 0.00 |
| | | | **Citibank, Checking Account ending 8617** | W | 225.00 |
| | | | **Citibank, Savings Account ending 1748** | W | 401.26 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **4 TVs, 3 DVDs, Stereo, Living Room Set, Coffee Table, Family Room Set, 2 End Tables, Desk, Chair, Credenza, Table & 4 Chairs, Kitchen Table & Chairs, Dining Room Table & Chairs, Hutch, Butler's Table, 2 Couches, 2 End Tables, Cocktail Table, 3 Chirldren's Bedrrom Sets, Master Bedroom Set, 2 Laptop Computers, Printer/Scanner/Fax Machine, Patio Furniture, Cookware, Kitchenware, Appliances, Linens & Misc. Personal Property.** | J | 4,300.00 |

|  | Sub-Total > | 5,794.86 |
|---|---|---|
|  | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Frank A Dimperio, Jr.,**                                    Case No. _____
**Katie B Dimperio**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Necessary Wearing Apparel** | J | **1,250.00** |
| 7. Furs and jewelry. | | **Wedding Ring, Engagement Ring, Diamond Earrings, Silver RIng, Bracelet, Necklaces, Ring, Bracelets & Misc. Costume Jewelry** | W | **600.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K with Former Employer** | H | **42,766.24** |
| | | **Profit Sharing Plan Through Employer** | H | **16,723.66** |
| | | **IRA, Morgan Stanley Account ending 9-055** | W | **524.36** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Panelles Ristorante - 100% Shareholder** | H | **0.00** |
| | | **Avenue Financial Management, Inc. - 100% Shareholder** | H | **0.00** |
| | | **Avenue, Inc. - 50% Shareholder** | H | **0.00** |
| | | **Avenue Premier Carpentry & Siding Contractor, Inc.** | H | **0.00** |
| | | **Repro Graphics & Printing, Inc. -  50% Shareholder** | H | **0.00** |
| | | **Capital Group Investments, LLC - 50% Membership Interest** | H | **0.00** |

Sub-Total >     **61,864.26**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Frank A Dimperio, Jr.,**                                          Case No. _____
        **Katie B Dimperio**
                                                                ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Chicago Area Developers - 100% Shareholder** | **H** | **0.00** |
| | | **Avenue Contractors, Inc. - 50% Shareholder** | **H** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet   __2__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**
     **Katie B Dimperio**

Case No. _____

,
        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Ford F250 (82,000 miles)(Titled in name of Frank Dimperio, Jr. and Avenue Premier Carpentry & Siding Contractors, Inc.)** | - | 18,800.00 |
| | | **2008 Ford F250 (121,000 miles) (Titled in name of Frank Dimperio, Jr. and Avenue Premier Carpentry & Siding Contractors, Inc.)** | - | 17,175.00 |
| | | **2008 Ford Escape (Titled in Name of Frank Dimperio, Jr. and Avenue Premier Carpentry 7 Siding Contractors, Inc.)** | - | 12,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Membership at Crystal Tree Golf and Country Club** | H | **Unknown** |
| | | **Katie B. Dimperio Living Trust dated January 27, 1999** | J | 17,068.18 |

|  | Sub-Total > | 65,643.18 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 133,302.30 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Frank A Dimperio, Jr.,**                                                    Case No. _____
        **Katie B Dimperio**
                                                    ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:             ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **10724 Valley Court, Orland Park IL; Single Family Residence** | **735 ILCS 5/12-901** | **30,000.00** | **700,000.00** |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **1,250.00** | **1,250.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K with Former Employer** | **735 ILCS 5/12-1006** | **100%** | **42,766.24** |
| **Profit Sharing Plan Through Employer** | **735 ILCS 5/12-1006** | **100%** | **16,723.66** |
| **IRA, Morgan Stanley Account ending 9-055** | **735 ILCS 5/12-1006** | **100%** | **524.36** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Katie B. Dimperio Living Trust dated January 27, 1999** | **735 ILCS 5/12-1001(b)** | **8,000.00** | **17,068.18** |

| | | Total: | **99,264.26** | **778,332.44** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Frank A Dimperio, Jr.,**
     **Katie B Dimperio**
                Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx4405**<br><br>**Chase Auto Finance**<br>**P.O. Box 901076**<br>**Phoenix, AZ 85062-8070** | X | - | **Retail Installment Contract**<br><br>**2008 Ford Escape (Titled in Name of Frank Dimperio, Jr. and Avenue Premier Carpentry 7 Siding Contractors, Inc.)**<br><br>Value $       **12,600.00** | | | | 13,224.53 | 624.53 |
| Account No.<br><br>**Chase Auto Finance**<br>**PO Box 5210**<br>**New Hyde Park, NY 11042** | | | **Representing:**<br>**Chase Auto Finance**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **0459**<br><br>**Crystal Tree Golf and County Club**<br>**10700 West 153rd Street**<br>**Orland Park, IL 60462** | | H | **Dues**<br><br>**Membership at Crystal Tree Golf and Country Club**<br><br>Value $       **Unknown** | | | | 19,303.00 | **Unknown** |
| Account No.<br><br>**Markoff & Krasny**<br>**29 North Wacker Drive**<br>**Suite 550**<br>**Chicago, IL 60606-2854** | | | **Representing:**<br>**Crystal Tree Golf and County Club**<br><br>Value $ | | | | **Notice Only** | |

__1__ continuation sheets attached

Subtotal (Total of this page)     32,527.53     624.53

B6D (Official Form 6D) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**
      **Katie B Dimperio**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xx-xxxx2405** <br><br> **First Federal Savings Bank** <br> **633 LaSalle Street** <br> **Ottawa, IL 61350** | | H | | | **2005** <br><br> **Mortgage** <br><br> **10724 Valley Court, Orland Park IL; Single Family Residence** <br> Value $       **700,000.00** | | | | **750,044.74** | **50,044.74** |
| Account No. **xxxx1764** <br><br> **Ford Credit** <br> **c/o National Bankruptcy Services Center** <br> **P.O. Box 537901** <br> **Livonia, MI 48153-7901** | X | - | | | **Retail Installment Contract** <br><br> **2008 Ford F250 (82,000 miles)(Titled in name of Frank Dimperio, Jr. and Avenue Premier Carpentry & Siding Contractors, Inc.)** <br> Value $       **18,800.00** | | | | **22,503.69** | **3,703.69** |
| Account No. <br><br> **Ford Credit** <br> **PO Box 542000** <br> **Omaha, NE 68154-8000** | | | | | **Representing:** <br> **Ford Credit** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxx0866** <br><br> **Ford Credit** <br> **c/o National Bankruptcy Services Center** <br> **P.O. Box 537901** <br> **Livonia, MI 48153-7901** | X | - | | | **Retail Installment Contract** <br><br> **2008 Ford F250 (121,000 miles) (Titled in name of Frank Dimperio, Jr. and Avenue Premier Carpentry & Siding Contractors, Inc.)** <br> Value $       **17,175.00** | | | | **23,613.04** | **6,438.04** |
| Account No. <br><br> **Ford Credit** <br> **PO Box 542000** <br> **Omaha, NE 68154-8000** | | | | | **Representing:** <br> **Ford Credit** <br><br><br> Value $ | | | | **Notice Only** | |

Sheet \_\_\_**1**\_\_\_ of \_\_\_**1**\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **796,161.47** | **60,186.47** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **828,689.00** | **60,811.00** |

B6E (Official Form 6E) (4/10)

.

In re  **Frank A Dimperio, Jr.,**                                                                   Case No. _____
       **Katie B Dimperio**
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Frank A Dimperio, Jr.,**                                                    Case No. _____
         **Katie B Dimperio**
                                                                          ,
                                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM → / AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | **2009 & prior years** | |
| **Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338** | J | | | | | | | **Taxes** | **Unknown** |
| | | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | **2009 & prior years** | |
| **Internal Revenue Service PO Box 21126 Philadelphia, PA 19114** | J | | | | | | | **1040 Taxes** | **Unknown** |
| | | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Frank A Dimperio, Jr.,**                                        Case No. _____
         **Katie B Dimperio**
                                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3000**<br><br>**Addison Building Materials**<br>**3201 S. Busse Road**<br>**Arlington Heights, IL 60005** | X | - | | | **2009 & Prior Years**<br>**Corporate Debt** | | | X | 3,200.33 |
| Account No.<br><br>**Advocate Occupational Health**<br>**P.O. Box 7003**<br>**New Lenox, IL 60451** | | - | | | **Corporate Debt** | | | X | 12,080.00 |
| Account No.<br><br>**Air Fastening Systems**<br>**11 East Adams**<br>**Chicago, IL 60603** | | - | | | **Corporate Debt** | | | X | 3,342.15 |
| Account No.<br><br>**Alexander Lumber**<br>**100 Barney Drive**<br>**Joliet, IL 60435** | X | - | | | **2009 & prior years**<br>**Corporate Debt** | | | X | 145,550.91 |

___35___ continuation sheets attached

Subtotal
(Total of this page)                                                        164,173.39

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              S/N:20289-100831    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**                                        Case No. _____
      **Katie B Dimperio**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael W. Husemand, Esq.**<br>**1999 West Ddowner Place**<br>**Aurora, IL 60506** | | | **Representing:**<br>**Alexander Lumber** | | | | **Notice Only** |
| Account No.<br><br>**Alexian Brother Corporate Services**<br>**25466 Network Place**<br>**Chicago, IL 60673-1254** | - | | **Corporate Debt** | | | X | 1,339.00 |
| Account No.<br><br>**Alside Supply**<br>**2500 Vantage Drive**<br>**Elgin, IL 60123** | - | | **Corporate Debt** | | | X | 34,962.29 |
| Account No. **x0601**<br><br>**Anasco Incorporated**<br>**1515 West Fullerton Avenue**<br>**Addison, IL 60101** | X - | | **2009 & Prior Years**<br>**Corporate Debt** | | | X | 52,875.74 |
| Account No.<br><br>**Apple Towing**<br>**P.O. Box 1061**<br>**Frankfort, IL 60423** | - | | **Corporate Debt** | | | X | 634.00 |

Sheet no. __1___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
     (Total of this page)      **89,811.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frank A Dimperio, Jr.,**    Case No. _____
         **Katie B Dimperio**

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 & 2010 Corporate Debt | | | | |
| Armstrong Cash & Carry Lumber Co. 1705 E. University Avenue P.O. Box 514 Urbana, IL 61802 | X | - | | | | X | |
| | | | | | | | 21,720.29 |
| Account No. | | | Representing: | | | | |
| Carl M. Webber, Esq. Webber & Thies, p.C. 2020 Lincoln Square Urbana, IL 61801 | | | Armstrong Cash & Carry Lumber Co. | | | | Notice Only |
| Account No. | | | 2009 & Prior Years Corporate Debt | | | | |
| Arneson Oil Company 100 Gletty Road Sandwich, IL 60548 | X | - | | | | X | |
| | | | | | | | 11,681.56 |
| Account No. | | | 2009 Corporate Debt | | | | |
| Art Bicksler Snow Removal 6049 Wheeler Road Yorkville, IL 60560 | X | - | | | | X | |
| | | | | | | | 780.00 |
| Account No. | | | Corporate Debt | | | | |
| Assurance Safety Consulting 1750 E. Golf Road Schaumburg, IL 60173 | | - | | | | X | |
| | | | | | | | 1,000.00 |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **35,181.85**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**                           Case No. _____
        **Katie B Dimperio**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx6665** | | | | **2009** **Corporate Debt** | | | | |
| **AT&T** **P.O. Box 9001309** **Louisville, KY 40290-1309** | X | - | | | | | X | |
| | | | | | | | | **1,222.56** |
| Account No. | | | | **Corporate Debt** | | | | |
| **Aurora Medical Center - Kenosha** **P.O. Box 341700** **Milwaukee, WI 53234** | | - | | | | | X | |
| | | | | | | | | **790.55** |
| Account No. | | | | **Corporate Debt** | | | | |
| **Aurora Medical Group** **P.O. Box 341457** **Milwaukee, WI 53234** | | - | | | | | X | |
| | | | | | | | | **1,532.00** |
| Account No. | | | | **Corporate Debt** | | | | |
| **Bell Boyd and Lloyd** **70 West Madison Street** **Suite 310** **Chicago, IL 60602-4207** | | - | | | | | X | |
| | | | | | | | | **55,200.44** |
| Account No. | | | | **Corporate Debt** | | | | |
| **Berwyn Emergency Physicians** **75 Remit Drive #1209** **Chicago, IL 60675-1209** | | - | | | | | X | |
| | | | | | | | | **589.00** |

Sheet no. __3___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **59,334.55**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**
    **Katie B Dimperio**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8102**<br><br>**BHFX Digital Imaging**<br>**80 West Seegers Road**<br>**Arlington Heights, IL 60005** | X | - | **2009 & Prior Years**<br>**Corporate Debt** | | | X | 3,888.64 |
| Account No.<br><br>**Dennie Porick, Esq.**<br>**63 West Jefferson Street, #100**<br>**Joliet, IL 60432** | | | **Representing:**<br>**BHFX Digital Imaging** | | | | Notice Only |
| Account No. **xxx026E**<br><br>**Bielinksi Dermatology Group**<br>**SkinMD**<br>**16105 South LaGrange Road**<br>**Orland Park, IL 60467** | | J | **2010**<br>**Services** | | | | 20.00 |
| Account No. **xxx504E**<br><br>**Bielinksi Dermatology Group**<br>**SkinMD**<br>**16105 South LaGrange Road**<br>**Orland Park, IL 60467** | | J | **2010**<br>**Services** | | | | 20.00 |
| Account No.<br><br>**BIS Coalition @ NIU**<br>**1120 East Diehl Road**<br>**Suite 110**<br>**Naperville, IL 60563-1486** | | - | **Corporate Debt** | | | X | 5,500.00 |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,428.64

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**
**Katie B Dimperio**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2010 & Prior Years Periodic Purchases | | | | |
| **Bloomingdale's** **Dept 4508** **Cincinnati, OH 45274-4508** | | J | | | | | | | 412.73 |
| Account No. | | | | | Representing: Bloomingdale's | | | | |
| **ACB American, Inc.** **P.O. Box 2548** **Cincinnati, OH 45201-2548** | | | | | | | | | Notice Only |
| Account No. | | | | | Representing: Bloomingdale's | | | | |
| **LTD Financial Services, L.P.** **7322 Southwest Freeway** **Suite 1600** **Houston, TX 77074** | | | | | | | | | Notice Only |
| Account No. | | | | | Corporate Debt | | | | |
| **Bluewire Communications** **2720 South River Road** **#150** **Chicago, IL 60618** | | - | | | | | | X | 7,593.11 |
| Account No. xxxxxx1784 | | | | | 2009 & Prior Years Corporate Debt | | | | |
| **BP Amoco** **P.O. Box 9014** **Des Moines, IA 50306-9014** | X | - | | | | | | X | 16,232.63 |

Sheet no. __5__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,238.47

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**                                          Case No. _____
       **Katie B Dimperio**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hunter Warfield** <br> **3111 West Dr. Matrin Luther King Blvd.** <br> **#200** <br> **Tampa, FL 33607** | | | Representing: <br> BP Amoco | | | | **Notice Only** |
| Account No. <br><br> **Pentagroup Financial, LLC** <br> **5959 Corporate Drive** <br> **Suite 1400** <br> **Houston, TX 77036** | | | Representing: <br> BP Amoco | | | | **Notice Only** |
| Account No. <br><br> **Bradco Supply Corporation** <br> **12601 South Springfield** <br> **Alsip, IL 60803** | X | J | Gaurantee of Business Debt | | | | **32,508.34** |
| Account No. <br><br> **Canon Financial Services, Inc.** <br> **P.O. Box 4004** <br> **Carol Stream, IL 60197-4004** | - | | Corporate Debt | | | X | **15,965.10** |
| Account No. xxxx xxxx xxxx 3840 <br><br> **Capital One** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | W | 2009 & prior years <br> Periodic Purchases | | | | **3,661.74** |

Sheet no. __6___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **52,135.18**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**
       **Katie B Dimperio**
                                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Firstsource Advantage, LLC** **205 Bryant Woods South** **Amherst, NY 14228** | | | | Representing: Capital One | | | | **Notice Only** |
| Account No. | - | | | Corporate Debt | | | X | |
| **Carpenter's Fringe Benefit Funds of IL** **P.O. Box 4001** **Geneva, IL 60134** | | | | | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 4229** | | W | | 2010 & prior years Periodic Purchases | | | | |
| **Chase** **P.O. Box 15298** **Wilmington, DE 19850-5298** | | | | | | | | **299.61** |
| Account No. | - | | | Corporate Debt | | | X | |
| **Chicago District Council of Carpenters** **12 E. Erie Street** **Chicago, IL 60611** | | | | | | | | **183,750.00** |
| Account No. **x4584** | X | - | | 2009 & Prior Years Corporate Debt | | | X | |
| **Chicago Regional Council of Carpenters** **12 East Erie Street** **Chicago, IL 60611** | | | | | | | | **9,643.12** |

Sheet no. __7__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**193,692.73**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**                                Case No. _____
       **Katie B Dimperio**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Daniel McAnally, Esq. Whitfield McGann & Ketterman 111 East Wacker Drive, Suite 2600 Chicago, IL 60601** | | | **Representing: Chicago Regional Council of Carpenters** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 4018** | | | **2010 & prior years Periodic Purchases** | | | | |
| **Citi Cards P.O. Box 6000 The Lakes, NV 89163-6000** | | W | | | | | **15,708.70** |
| Account No. **xxxxxxxxxxx61-70** | | | **Student Loans** | | | | |
| **Citibank P.O.Box 6191 Sioux Falls, SD 57117-6191** | | W | | | | | **42,630.28** |
| Account No. **xx5511** | | | **2009 Corporate Debt** | | | | |
| **City of Champaign Public Works: Parking Programs 713 Edgebrook Drive Champaign, IL 61820** | - | | | | | X | **15.00** |
| Account No. **xxxxxx7976** | | | **November 23, 2009 Corporate Debt** | | | | |
| **City of Chicago Department of Revenue P.O. Box 88292 Chicago, IL 60680-1292** | - | | | | | X | **244.00** |

Sheet no. __8__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **58,597.98**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**　　　　　　　　　　　　　Case No. _____
**Katie B Dimperio**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Corporate Debt | | | X | |
| **Comdata** **P.O. Box 100647** **Atlanta, GA 30384-0647** | | | | | | | | | 12,288.99 |
| Account No. **xxx2902** | X | | - | | 2009 & Prior Years Corporate Debt | | | X | |
| **Component Systems-Illinois, LLC** **209 North Bridge Street** **P.O. Box 98** **Eleroy, IL 61027** | | | | | | | | | 38,385.00 |
| Account No. | | | - | | Corporate Debt | | | X | |
| **Craig Millwork** **10410 West 163rd Place** **Orland Park, IL 60467** | | | | | | | | | 189.85 |
| Account No. **xxxxx0847** | X | | - | | 2009 Corporate Debt | | | X | |
| **DirecTV, Inc.** **Business Service Center** **P.O. Box 5392** **Miami, FL 33152-5392** | | | | | | | | | 148.32 |
| Account No. | | | - | | Corporate Debt | | | X | |
| **Edwards Hospital** **P.O. Box 4207** **Carol Stream, IL 60197-4207** | | | | | | | | | 1,134.25 |

Sheet no. __9__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,146.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**                                    Case No. _____
       **Katie B Dimperio**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Emergency Treatment SC**<br>**900 Jorie Boulevard**<br>**#220**<br>**Oak Brook, IL 60523** | | - | Corporate Debt | | | X | 420.00 |
| Account No. **xx4233**<br><br>**Enterprise Fleet Management**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180-0089** | X | - | 2010<br>Corporate Debt | | | X | 119,154.52 |
| Account No.<br><br>**John A. Lipinsky, Esq.**<br>**Coman & Anderson, P.C.**<br>**2525 Cabot Drive, Suite 300**<br>**Lisle, IL 60532** | | | Representing:<br>Enterprise Fleet Management | | | | Notice Only |
| Account No. **xxxxx2-001**<br><br>**Equilease Financial Services, Inc.**<br>**50 Washington Street, 10th Floor**<br>**Norwalk, CT 06854** | X | H | Lease Deficiency | | | | 157,415.82 |
| Account No. **xxxx-x876-2**<br><br>**FedEx**<br>**3965 Airways, Module G**<br>**Memphis, TN 38116** | X | - | 2009<br>Corporate Debt | | | X | 740.39 |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      277,730.73

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**
       **Katie B Dimperio**
                                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**FedEx**<br>**P.O. Box 94515**<br>**Palatine, IL 60094** | | | | Representing:<br>**FedEx** | | | | **Notice Only** |
| Account No.<br><br>**NCO Financial System, Inc.**<br>**P.O. Box 510950**<br>**New Berlin, WI 53151-0950** | | | | Representing:<br>**FedEx** | | | | **Notice Only** |
| Account No.<br><br>**Thomas & Thomas**<br>**2323 Park Avenue**<br>**Cincinnati, OH 45206-2711** | | | | Representing:<br>**FedEx** | | | | **Notice Only** |
| Account No.<br><br>**Feece Oil Company**<br>**1700 Hubbard Avenue**<br>**Batavia, IL 60510** | - | | | **Corporate Debt** | | | X | **11,661.11** |
| Account No.<br><br>**Fenn Landscape**<br>**14871 South 82nd Avenue**<br>**Orland Park, IL 60462** | J | | | **2004**<br>**Landscaping** | | | X | **Unknown** |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,661.11**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**　　　　　　　　　　　　　　Case No. _____
　　　**Katie B Dimperio**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | **Corporate Debt** | | | | |
| **First Specialty Insurance**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-1450** | | | | | | | | X | 26,000.00 |
| Account No. | | | - | | **Corporate Debt** | | | | |
| **Fisher Mangold, Joliet**<br>**P.O. Box 634717**<br>**Cincinnati, OH 45263-4717** | | | | | | | | X | 342.00 |
| Account No. | | | - | | **Corporate Debt** | | | | |
| **Fleet Fueling**<br>**P.O. Box 6993**<br>**Carol Stream, IL 60197-6293** | | | | | | | | X | 35,486.84 |
| Account No. | X | | - | | **2009 & Prior Years**<br>**Corporate Debt** | | | | |
| **Focus Business Services, LLC**<br>**1333 Butterfield Road**<br>**Suite 490**<br>**Downers Grove, IL 60515** | | | | | | | | X | 3,380.00 |
| Account No. | | | - | | **Motor Vehicle Deficiency** | | | | |
| **Ford Motor Company**<br>**P.O. Box 219825**<br>**Kansas City, MO 64121** | | | | | | | | X | 6,898.50 |

Sheet no. __12__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　Subtotal　　　| 72,107.34 |
　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frank A Dimperio, Jr.,**          Case No. _____
**Katie B Dimperio**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Gaurantee of Business Debt | | | | |
| Frank Caruso c/o William D. Cherney, Esq. 111 East Jefferson Naperville, IL 60566 | X | - | | | | | | 220,000.00 |
| Account No. | | | | Corporate Debt | | | | |
| Gary Fernandez, CPA 1200 Roosevelt Road Suite 150 Glen Ellyn, IL 60137 | | - | | | | | X | 2,513.45 |
| Account No. xxxxx115.1 | | | | 2009 Professional Services | | | | |
| Gary J. Fernandez & Assoc., Ltd. 1200 Roosevelt Road, Suite 150 Glen Ellyn, IL 60137 | | H | | | | | | 4,356.99 |
| Account No. | | | | Corporate Debt | | | | |
| GE Capital P.O. Box 409582 Atlanta, GA 30384 | | - | | | | | X | 7,771.70 |
| Account No. | | | | Corporate Debt | | | | |
| Geneva Carpenters Fund P.O. Box 4001 Geneva, IL 60134-4001 | | - | | | | | X | 157,000.00 |

Sheet no. __13__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **391,642.14**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**                             Case No. _____
      **Katie B Dimperio**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **George E. Rydman & Associates** <br> **15 West Jefferson Street** <br> **Joliet, IL 60432** | - | | **Corporate Debt** | | | X | <br><br> 618.00 |
| Account No. <br><br> **Globalcom** <br> **P.O. 809123** <br> **Chicago, IL 60680-9123** | - | | **Corporate Debt** | | | X | <br><br> 3,111.01 |
| Account No. <br><br> **Globe Exteriors** <br> **400 West Belden Avenue** <br> **Addison, IL 60101-4903** | - | | **Corporate Debt** | | | X | <br><br> 33,546.00 |
| Account No. **xxx-xxxx-x6686** <br><br> **GMAC** <br> **P.O. Box 380902** <br> **Minneapolis, MN 55438-0902** | X | J | **10/2009** <br> **Lease Deficiency** | | | | <br><br> 13,201.03 |
| Account No. **xxx-xxxx-x0370** <br><br> **GMAC** <br> **P.O. Box 380902** <br> **Minneapolis, MN 55438-0902** | X | J | **10/2009** <br> **Lease Deficiency** | | | | <br><br> 3,261.64 |

Sheet no. __14__ of __35__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)       **53,737.68**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**                                    Case No. _____
       **Katie B Dimperio**
_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx3946** <br><br> **Gordon Flesch Company, Inc.** <br> **P.O. Box 992** <br> **Madison, WI 53701-0992** | X | - | | | **2009** <br> **Corporate Debt** | | | X | 1,613.20 |
| Account No. <br><br> **Grainger Industrial** <br> **Dept. 860152297** <br> **Palatine, IL 60038-0001** | | - | | | **Corporate Debt** | | | X | 106.14 |
| Account No. **xxxx7563** <br><br> **Grasshopper Lawn & Landscape** <br> **500 Joyce Road** <br> **Joliet, IL 60436** | | H | | | **2010 & prior years** <br> **Services** | | | | 4,066.00 |
| Account No. <br><br> **Grundy Bank** <br> **201 Liberty Street** <br> **Morris, IL 60450** | | - | | | **Listed for Notice Purposes** | | | | 0.00 |
| Account No. **xxxxxx/xx0259** <br><br> **Harris Bank, N.A.** <br> **111 West Monroe Street** <br> **Chicago, IL 60603-4095** | X | H | | | **2007** <br> **Gaurantee of Corporate Debt** | | | | 55,069.88 |

Sheet no. __15__ of __35__ sheets attached to Schedule of                    Subtotal          | 60,855.22
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**
**Katie B Dimperio**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | Representing: | | | | |
| Howard & Howard Attorneys, PLLC 200 S. Michigan Ave., Suite 1100 Chicago, IL 60604 | | | | | Harris Bank, N.A. | | | | Notice Only |
| Account No. | | | | | Corporate Debt | | | | |
| Hinckley Springs Water Co. P.O. Box 660579 Dallas, TX 75266-0579 | | - | | | | | | X | 178.60 |
| Account No. xxxxxxx9149 | | | | | Corporate Debt | | | | |
| Hinsdale Bank and Trust Loan Operations 25 East First Street Hinsdale, IL 60521 | X | - | | | | | | X | 27,736.29 |
| Account No. | | | | | Corporate Debt | | | | |
| Home Depot P.O. Box 6029 The Lakes, NV 88901-6029 | | - | | | | | | X | 2,008.77 |
| Account No. | | | | | Corporate Debt | | | | |
| Hopper Roofing and Siding Supply 1300 West 180th Street Lowell, IN 46356 | | - | | | | | | X | 8,738.35 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,662.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**             Case No. _____
       **Katie B Dimperio**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Gaurantee of Corporate Debt | | | | |
| **Ice Town Leasing P.O. Box 1008 Arlington Heights, IL 60006** | | H | | | | | | 5,098.50 |
| Account No. **xxx3584** | | | | 2008 - 09 Corporate Debt | | | | |
| **Illinois Dept. of Employment Security P.O. Box 803412 Chicago, IL 60680-3412** | X | - | | | | | X | 2,366.20 |
| Account No. | | | | Corporate Debt | | | | |
| **Illinois Valley Millworks 1605 Division Street Mendota, IL 61342** | | - | | | | | X | 4,389.94 |
| Account No. | | | | Corporate Debt | | | | |
| **Industrial Pharmacy Management P.O. Box 512518 Los Angeles, CA 90051** | | - | | | | | X | 34.35 |
| Account No. **xx-x1423** | | | | 2009 Collection Account | | | | |
| **InterExchange Inc. c/o The Schutzer Group, PLLC 330 Seventh Avenue, 15th Floor New York, NY 10001** | | J | | | | | | 2,800.00 |

Sheet no. __17__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            14,688.99

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**                                                                Case No. _____
       **Katie B Dimperio**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| **J.S. Pauluch Co., Inc.** **P.O. Box 2703** **Schiller Park, IL 60176** | | - | | | | X | 260.30 |
| Account No. | | | Corporate Debt | | | | |
| **James Meyers** **c/o Jonathan G. Bunge, P.C.** **3014 N. Racine #1** **Chicago, IL 60657** | | W | | | | | 12,054.90 |
| Account No. | | | Corporate Debt | | | | |
| **James Riley, Esq.** **327 South First Street** **Geneva, IL 60134** | | - | | | | X | 428.76 |
| Account No. | | | Corporate Debt | | | | |
| **Jerry Castle and Son Hi Lift** **651 East Devon** **Elk Grove Village, IL 60007** | | - | | | | X | 79,988.53 |
| Account No. | | | 2010 & prior years Corporate Debt | | | | |
| **John Cooney, Esq.** **4925 Indiana Avenue** **Lisle, IL 60532** | X | - | | | | X | 30,000.00 |

Sheet no. __18__ of __35__ sheets attached to Schedule of                          Subtotal                        122,732.49
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frank A Dimperio, Jr.,**                                                    Case No. _____
         **Katie B Dimperio**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Karabowicz and Associates 1215 Paramount Parkway Batavia, IL 60510 | X | - | | | | | | X | 15,488.50 |
| Account No. | | | | | Corporate Debt | | | | |
| Karabowicz and Associates 1215 Paramount Parkway Batavia, IL 60510 | | - | | | | | | X | 17,923.65 |
| Account No. | | | | | Corporate Debt | | | | |
| Key West Metal Industries 13831 S. Kostner Avenue Midlothian, IL 60445 | | - | | | | | | X | 2,653.05 |
| Account No. | | | | | Corporate Debt | | | | |
| Lake County Emergency Physicians 6400 Industrial Loop Greendale, WI 53129-2452 | | - | | | | | | X | 104.40 |
| Account No. | | | | | Corporate Debt | | | | |
| Laner Muchin 515 North State Street Suite 2800 Chicago, IL 60610-4324 | | - | | | | | | X | 11,818.20 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    47,987.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**  
 **Katie B Dimperio**                                          Case No. _____

                                                                                                  ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Larry J. Wolfe, Ltd.** <br> **9933 Lawler Avenue** <br> **Suite 208** <br> **Skokie, IL 60077** | - | | | | **2009 & 2010** <br> **Corporate Debt** | | | X | 2,583.65 |
| Account No. <br><br> **Leaf Funding** <br> **P.O. Box 643172** <br> **Cincinnati, OH 45264-3172** | - | | | | **Corporate Debt** | | | X | 4,371.31 |
| Account No. <br><br> **Mac Auto** <br> **1525 Ogden Avenue** <br> **Lisle, IL 60532** | - | | | | **Corporate Debt** | | | X | 2,230.65 |
| Account No. <br><br> **MacNeal Hospital** <br> **2384 Paysphere Circle** <br> **Chicago, IL 60674** | - | | | | **Corporate Debt** | | | X | 614.76 |
| Account No. **xx-xxx-xxx-702-0** <br><br> **Macy's** <br> **Bankruptcy Processing** <br> **P.O. Box 8053** <br> **Mason, OH 45040** | | W | | | **2009 & prior years** <br> **Periodic Purchases** | | | | 2,158.88 |

Sheet no. __20__ of __35__ sheets attached to Schedule of          Subtotal          | 11,959.25
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frank A Dimperio, Jr.,**                                                    Case No. _____
         **Katie B Dimperio**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2010 Periodic Purchases | | | | |
| **Marco Island Acquisitions LLC DBA Allards of Marco 840 East Elkcam Circle Marco Island, FL 34145** | | | J | | | | | | 367.90 |
| Account No. | | | | | Corporate Debt | | | | |
| **Martin Brown and Sullivan 321 South Plymouth Court 10th Floor Chicago, IL 60601** | | - | | | | | | X | 9,376.50 |
| Account No. | | | | | 2009 Corporate Debt | | | | |
| **Material Steel Services, Inc. P.O. Box 464 Huntley, IL 60142-0464** | X | - | | | | | | X | 2,440.00 |
| Account No. | | | | | Corporate Debt | | | | |
| **MEA-AEA Kenosha, SC P.O. Box 3043 Hinsdale, IL 60522** | | - | | | | | | X | 389.00 |
| Account No. | | | | | Corporate Debt | | | | |
| **MEA-SJMC, LLC P.O. Box 87156 Carol Stream, IL 60197** | | - | | | | | | X | 727.00 |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    13,300.40

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frank A Dimperio, Jr.,**    Case No. _____
    **Katie B Dimperio**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| **MEC Equipment** **2152 Glenwood Dyer Road** **Chicago Heights, IL 60411** | | - | | | | X | |
| | | | | | | | 8,738.75 |
| Account No. | | | Corporate Debt | | | | |
| **Medworks Health Center** **P.O. Box 593** **Bedford Park, IL 60499-0593** | | - | | | | X | |
| | | | | | | | 796.00 |
| Account No. | | | 2009 & Prior Years Corporate Debt | | | | |
| **Midwest Siding Supply** **1001 Aucutt Road** **Montgomery, IL 60538** | X | - | | | | X | |
| | | | | | | | 65,282.82 |
| Account No. | | | Corporate Debt | | | | |
| **Midwest Siding Supply** **1001 Aucutt Road** **Montgomery, IL 60538** | | - | | | | X | |
| | | | | | | | 196,580.40 |
| Account No. | | | Corporate Debt | | | | |
| **Midwest Suburban Publishing** **P.O. Box 757** **Tinley Park, IL 60477-0757** | | - | | | | X | |
| | | | | | | | 799.03 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    272,197.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Frank A Dimperio, Jr.,**                                    Case No. _____
        **Katie B Dimperio**
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **2009** **Corporate Debt** | | | | |
| **Minooka Grain, Lumber & Supply Co.** **P.O. Box 126** **Newark, IL 60541-0126** | X | - | | | | | | X | |
| | | | | | | | | | 684.84 |
| Account No. | | | | | | | | | |
| **Minooka Grain & Lumber** **404 Mondamin Street** **Minooka, IL 60447** | | | | | **Representing:** **Minooka Grain, Lumber & Supply Co.** | | | | Notice Only |
| Account No. | | | | | **2010** **Professional Services** | | | | |
| **Morris Hospital** **150 West High Street** **Morris, IL 60450** | | J | | | | | | | |
| | | | | | | | | | 5,292.00 |
| Account No. | | | | | **Corporate Debt** | | | | |
| **Morris Radiology Associates** **P.O. Box 809** **Morris, IL 60450** | | - | | | | | | X | |
| | | | | | | | | | 39.00 |
| Account No. | | | | | **Corporate Debt** | | | | |
| **Much Shelist** **191 North Wacker Drive** **Suite 1800** **Chicago, IL 60606-1615** | | - | | | | | | X | |
| | | | | | | | | | 16,847.90 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    22,863.74

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**
        **Katie B Dimperio**
                                                                    Case No. _____

                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| NAHB Research Center 400 Prince George's Boulevard Upper Marlboro, MD 20774-8731 | - | | | | | | X | 4,400.00 |
| Account No. xxxxxxxxxxxx8889 | | | | 2009 & prior years Periodic Purchases | | | | |
| Neiman Marcus P.O. Box 729080 Dallas, TX 75372-9080 | | W | | | | | | 1,554.21 |
| Account No. | | | | Representing: Neiman Marcus | | | | |
| Creditors Financial Group P.O. Box 440290 Aurora, CO 80044-0290 | | | | | | | | Notice Only |
| Account No. | | | | Representing: Neiman Marcus | | | | |
| Valentine & Kebartas, Inc. P.O. Box 325 Lawrence, MA 01842 | | | | | | | | Notice Only |
| Account No. | | | | Corporate Debt | | | | |
| Nextel Communications P.O. Box 4181 Carol Stream, IL 60197 | - | | | | | | X | 11,335.43 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **17,289.64**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**　　Case No. _____
　　　**Katie B Dimperio**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nichols Crane Rental**<br>**P.O. Box 182**<br>**Manhattan, IL 60442** | | - | **Corporate Debt** | | | X | **1,200.00** |
| Account No. **xx-xx-xx-x103 8**<br><br>**Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, IL 60507-2020** | X | - | **2009**<br>**Corporate Debt** | | | X | **1,052.47** |
| Account No.<br><br>**Norandez / Reynolds Distributors**<br>**4321 West 136th Street**<br>**Midlothian, IL 60445** | | - | **Corporate Debt** | | | X | **32,293.82** |
| Account No.<br><br>**Aaron and Melissa O'Dell**<br>**c/o Mulherin, Rehfeldt & Varchetto, P.C.**<br>**211 South Wheaton Avenue, Suite 200**<br>**Wheaton, IL 60187** | X | - | **Corporate Debt** | X | X | X | **Unknown** |
| Account No.<br><br>**Navigators Insurance**<br>**230 West Monroe Street**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Aaron and Melissa O'Dell** | | | | **Notice Only** |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**34,546.29**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**                                        Case No. _____
       **Katie B Dimperio**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Corporate Debt | | | X | |
| **Oaklawn Radiology Imaging** **37241 Eagle Way** **Lombard, IL 60148** | | | | | | | | | 44.22 |
| Account No. **xxxx xxxx xxxx 7039** | | W | | | 2010 Periodic Purchases | | | | |
| **Optimum Mastercard** **P.O. Box 80051** **Salinas, CA 93912-0069** | | | | | | | | | 223.60 |
| Account No. | | - | | | Corporate Debt | | | X | |
| **Orkin Exterminating, Inc.** **5336 West 124th Street** **Alsip, IL 60803** | | | | | | | | | 196.71 |
| Account No. **xxxxx-xxxxxx0706** | | J | | | 2010 School Fees | | | | |
| **Orland School District 135** **Business Officer** **15100 South 94th Avenue** **Orland Park, IL 60462** | | | | | | | | | 159.00 |
| Account No. | | | | | Representing: **Orland School District 135** | | | | |
| **Transworld Systems, Inc.** **1375 East Woodfield Road** **#110** **Schaumburg, IL 60173** | | | | | | | | | Notice Only |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          623.53

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**          Case No. _____
       **Katie B Dimperio**

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxxx0212**<br><br>**Orland School District 135**<br>**Business Officer**<br>**15100 South 94th Avenue**<br>**Orland Park, IL 60462** | | J | **2010**<br>**School Fees** | | | | **154.00** |
| Account No.<br><br>**Transworld Systems, Inc.**<br>**1375 East Woodfield Road**<br>**#110**<br>**Schaumburg, IL 60173** | | | **Representing:**<br>**Orland School District 135** | | | | **Notice Only** |
| Account No. **xxxxx-xxxxxx0121**<br><br>**Orland School District 135**<br>**Business Officer**<br>**15100 South 94th Avenue**<br>**Orland Park, IL 60462** | | J | **2010**<br>**School Fees** | | | | **159.00** |
| Account No.<br><br>**Transworld Systems, Inc.**<br>**1375 East Woodfield Road**<br>**#110**<br>**Schaumburg, IL 60173** | | | **Representing:**<br>**Orland School District 135** | | | | **Notice Only** |
| Account No.<br><br>**Osho**<br>**1600 167th Street**<br>**Suite 9**<br>**Calumet City, IL 60409** | | - | **Corporate Debt** | | | X | **2,800.00** |

Sheet no. __27__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal | **3,113.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**          Case No. _____
       **Katie B Dimperio**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| **Portable Services**<br>**1414 Canal Street**<br>**Lockport, IL 60441** | | - | | | | X | |
| | | | | | | | **2,843.04** |
| Account No. | | | January 17, 2008<br>Personal Gaurantee of Corporate Debt | | | | |
| **Prestige Capital Corporation**<br>**400 Kelby Street**<br>**14th Floor**<br>**Fort Lee, NJ 07024** | X | - | | | | | |
| | | | | | | | **4,340,337.84** |
| Account No. | | | Representing: | | | | |
| **William E. Jegen, Esq.**<br>**536 Crescent Blvd., #200**<br>**Glen Ellyn, IL 60137** | | | Prestige Capital Corporation | | | | **Notice Only** |
| Account No. xxx479-1 | | | 2009<br>Corporate Debt | | | | |
| **Principal Financial Group**<br>**P.O. Box 14513**<br>**Des Moines, IA 50306-3513** | X | - | | | | X | |
| | | | | | | | **1,359.22** |
| Account No. | | | Representing: | | | | |
| **Receivable Management Services**<br>**1250 E. Diehl Road, Suite 300**<br>**PO Box 3100**<br>**Naperville, IL 60563** | | | Principal Financial Group | | | | **Notice Only** |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,344,540.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**
**Katie B Dimperio**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Provena Mercy Center** <br> **75 Remittance Drive, Suite 1871** <br> **Chicago, IL 60675** | | - | Corporate Debt | | | X | 243.00 |
| Account No. **xxxx5077** <br><br> **Quill Corporation** <br> **P.O. Box 37600** <br> **Philadelphia, PA 19101-0600** | X | - | 2009 <br> Corporate Debt | | | X | 225.16 |
| Account No. <br><br> **Receivable Management Services** <br> **4836 Brecksville Road** <br> **PO Box 523** <br> **Richfield, OH 44286** | | | Representing: <br> Quill Corporation | | | | Notice Only |
| Account No. <br><br> **Quill Corporation** <br> **P.O. Box 37600** <br> **Philadelphia, PA 19101-0600** | | - | Corporate Debt | | | X | 237.48 |
| Account No. <br><br> **RAI Consultants** <br> **P.O. 1130** <br> **Libertyville, IL 60048** | | - | Corporate Debt | | | X | 15,057.31 |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,762.95

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**
**Katie B Dimperio**
                                                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Corporate Debt | | | | |
| **Royal Crane P.O. Box 1858 Bridgeview, IL 60455** | X | - | | | | | | X | |
| | | | | | | | | | 1,070.00 |
| Account No. | | | | | Corporate Debt | | | | |
| **Royal Crane P.O. Box 1858 Bridgeview, IL 60455** | | - | | | | | | X | |
| | | | | | | | | | 2,075.00 |
| Account No. | | | | | Corporate Debt | | | | |
| **Seabright Insurance Company 13038 Collections Center Drive Chicago, IL 60693** | | - | | | | | | X | |
| | | | | | | | | | 2,437.00 |
| Account No. | | | | | Corporate Debt | | | | |
| **Sign Identity 415 Taft Avenue Glen Ellyn, IL 60137-6209** | | - | | | | | | X | |
| | | | | | | | | | 200.00 |
| Account No. | | | | | Corporate Debt | | | | |
| **Silver Cross Hospital 1200 Maple Road Joliet, IL 60432** | | - | | | | | | X | |
| | | | | | | | | | 743.00 |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  6,525.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**             Case No. _____
      **Katie B Dimperio**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| **Source One** **P.O. Box 159** **Lockport, IL 60441** | | - | | | | | | X | |
| | | | | | | | | | 3,906.25 |
| Account No. | | | | | Corporate Debt | | | | |
| **Speedway Super America, LLC** **P.O. Box 740587** **Cincinnati, OH 45274-0587** | | - | | | | | | X | |
| | | | | | | | | | 58,010.48 |
| Account No. xxxx-x3361 | | | | | 2009 Corporate Debt | | | | |
| **Terry's Ford, Lincoln-Mercury** **363 North Harlem Avenue** **Peotone, IL 60468** | X | - | | | | | | X | |
| | | | | | | | | | 1,631.08 |
| Account No. | | | | | 2008 Corporate Debt | | | | |
| **The Bourne** **2359 N. 35th Road** **Marseilles, IL 61341** | X | - | | | | | | X | |
| | | | | | | | | | 1,668.50 |
| Account No. | | | | | 2010 & prior years Services | | | | |
| **Twin Oak Landscaping** **c/o Joseph Voiland** **1625 Wing Road** **Yorkville, IL 60560** | | H | | | | | | | |
| | | | | | | | | | 10,408.61 |

Sheet no. __31__ of __35__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

|  | 75,624.92 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**  Case No. _____
**Katie B Dimperio**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 11/16/07 Gaurantee of Business Debt | | | | |
| **US Bank fka Community Bank of Lemont** 1229 State Street Lemont, IL 60439 | X | - | | | | | | X | 550,128.02 |
| Account No. | | | | | Representing: US Bank fka Community Bank of Lemont | | | | |
| **Burke & White** 5330 Main Street, #200 Downers Grove, IL 60515 | | | | | | | | | Notice Only |
| Account No. | | | | | 2009 Gaurantee of Corporate Debt | | | | |
| **Utica LeaseCo LLC** 44225 Utica Road Utica, MI 48317 | X | - | | | | | | X | 109,500.00 |
| Account No. | | | | | Corporate Debt | | | | |
| **Van Bruggen Signs** 13401 Southwest Highway Orland Park, IL 60462 | | - | | | | | | X | 1,594.96 |
| Account No. | | | | | 2009 Corporate Debt | | | | |
| **Vesco Reprographics** 1351 Aucutt Road Montgomery, IL 60538 | X | - | | | | | | X | 1,898.27 |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

663,121.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank A Dimperio, Jr.,**
    **Katie B Dimperio**
                                  ,
                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 & prior years Corporate Debt | | | | |
| **Walnut Custom Homes** P.O. Box 605 Walnut, IL 61376 | X | - | | | | | X | |
| | | | | | | | | 86,068.00 |
| Account No. | | | | Corporate Debt | | | | |
| **Warehouse on Wheels** P.O. Box 39 Lemont, IL 60439 | | - | | | | | X | |
| | | | | | | | | 4,466.25 |
| Account No. xxx-xxxxxxx-x007-2 | | | | 2009 Corporate Debt | | | | |
| **Waste Management** 1411 Opus Place, Suite 400 Downers Grove, IL 60515 | X | - | | | | | X | |
| | | | | | | | | 669.68 |
| Account No. | | | | Representing: Waste Management | | | | |
| **Receivable Management Services** 4836 Brecksville Road PO Box 523 Richfield, OH 44286 | | | | | | | | Notice Only |
| Account No. xxxxxxxxxx9014 | | | | 2009 Corporate Debt | | | | |
| **Waste Management** 1411 Opus Place, Suite 400 Downers Grove, IL 60515 | X | - | | | | | X | |
| | | | | | | | | 4,991.15 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,195.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**              Case No. _____
    **Katie B Dimperio**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| **Wheel Go Camping** **13515 West 159th Street** **Homer Glen, IL 60491-7652** | - | | | | | | | X | 964.24 |
| Account No. | | | | | Corporate Debt | | | | |
| **Will County Local 174** **1403 Essington Street** **Joliet, IL 60435** | - | | | | | | | X | 472,409.99 |
| Account No. | | | | | Corporate Debt | | | | |
| **Wilson Wholesale Supply** **405 South Barrington Road** **Wauconda, IL 60084** | - | | | | | | | X | 7,614.62 |
| Account No. | | | | | Corporate Debt | | | | |
| **Wisconsin Department of Revenue** **2135 Rimrock Road** **Madison, WI 53713** | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Corporate Debt | | | | |
| **Working RX** **P.O. Box 536709** **Atlanta, GA 30353-6709** | - | | | | | | | X | 116.35 |

Sheet no. __34__ of __35__ sheets attached to Schedule of                     Subtotal            481,105.20
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank A Dimperio, Jr.,**　　　　　　　　　　　Case No. _____
　　　**Katie B Dimperio**

_____,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4545** | | | **2009** **Corporate Debt** | | | | |
| **Yorkville Napa Auto Parts** **906 South Bridge Street** **Yorkville, IL 60560-1709** | X | - | | | | X | |
| | | | | | | | **730.00** |
| Account No. | | | | | | | |
| **Creditors' Alliance, Inc.** **PO Box 1288** **Bloomington, IL 61702-1288** | | | **Representing:** **Yorkville Napa Auto Parts** | | | | **Notice Only** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **730.00** |
| Total (Report on Summary of Schedules) | | **7,890,043.09** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re  **Frank A Dimperio, Jr.,**                                                    Case No. _____
**Katie B Dimperio**
_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Frank A Dimperio, Jr.,**                                          Case No. _____
         **Katie B Dimperio**

_____ ,
                                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Avenue Financial Management**<br>**15774 S. La Grange Road**<br>**Orland Park, IL 60462** | **GMAC**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55438-0902** |
| **Avenue Financial Management**<br>**15774 S. La Grange Road**<br>**Orland Park, IL 60462** | **GMAC**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55438-0902** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Ford Credit**<br>**c/o National Bankruptcy Services Center**<br>**P.O. Box 537901**<br>**Livonia, MI 48153-7901** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Addison Building Materials**<br>**3201 S. Busse Road**<br>**Arlington Heights, IL 60005** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Alexander Lumber**<br>**100 Barney Drive**<br>**Joliet, IL 60435** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Anasco Incorporated**<br>**1515 West Fullerton Avenue**<br>**Addison, IL 60101** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Armstrong Cash & Carry Lumber Co.**<br>**1705 E. University Avenue**<br>**P.O. Box 514**<br>**Urbana, IL 61802** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Arneson Oil Company**<br>**100 Gletty Road**<br>**Sandwich, IL 60548** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Art Bicksler Snow Removal**<br>**6049 Wheeler Road**<br>**Yorkville, IL 60560** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **AT&T**<br>**P.O. Box 9001309**<br>**Louisville, KY 40290-1309** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **BHFX Digital Imaging**<br>**80 West Seegers Road**<br>**Arlington Heights, IL 60005** |

**4**

____ continuation sheets attached to Schedule of Codebtors

In re   **Frank A Dimperio, Jr.,**
        **Katie B Dimperio**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **BP Amoco**<br>**P.O. Box 9014**<br>**Des Moines, IA 50306-9014** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Chicago Regional Council of Carpenters**<br>**12 East Erie Street**<br>**Chicago, IL 60611** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Component Systems-Illinois, LLC**<br>**209 North Bridge Street**<br>**P.O. Box 98**<br>**Eleroy, IL 61027** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Enterprise Fleet Management**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180-0089** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **DirecTV, Inc.**<br>**Business Service Center**<br>**P.O. Box 5392**<br>**Miami, FL 33152-5392** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **FedEx**<br>**3965 Airways, Module G**<br>**Memphis, TN 38116** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Focus Business Services, LLC**<br>**1333 Butterfield Road**<br>**Suite 490**<br>**Downers Grove, IL 60515** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Gordon Flesch Company, Inc.**<br>**P.O. Box 992**<br>**Madison, WI 53701-0992** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Illinois Dept. of Employment Security**<br>**P.O. Box 803412**<br>**Chicago, IL 60680-3412** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **John Cooney, Esq.**<br>**4925 Indiana Avenue**<br>**Lisle, IL 60532** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Karabowicz and Associates**<br>**1215 Paramount Parkway**<br>**Batavia, IL 60510** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Material Steel Services, Inc.**<br>**P.O. Box 464**<br>**Huntley, IL 60142-0464** |

Sheet __**1**__ of __**4**__ continuation sheets attached to the Schedule of Codebtors

In re  **Frank A Dimperio, Jr.,**                                      Case No. _____
       **Katie B Dimperio**

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Midwest Siding Supply**<br>**1001 Aucutt Road**<br>**Montgomery, IL 60538** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Minooka Grain, Lumber & Supply Co.**<br>**P.O. Box 126**<br>**Newark, IL 60541-0126** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, IL 60507-2020** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Aaron and Melissa O'Dell**<br>**c/o Mulherin, Rehfeldt & Varchetto, P.C.**<br>**211 South Wheaton Avenue, Suite 200**<br>**Wheaton, IL 60187** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Prestige Capital Corporation**<br>**400 Kelby Street**<br>**14th Floor**<br>**Fort Lee, NJ 07024** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Principal Financial Group**<br>**P.O. Box 14513**<br>**Des Moines, IA 50306-3513** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Quill Corporation**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101-0600** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Royal Crane**<br>**P.O. Box 1858**<br>**Bridgeview, IL 60455** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Terry's Ford, Lincoln-Mercury**<br>**363 North Harlem Avenue**<br>**Peotone, IL 60468** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **The Bourne**<br>**2359 N. 35th Road**<br>**Marseilles, IL 61341** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Utica LeaseCo LLC**<br>**44225 Utica Road**<br>**Utica, MI 48317** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Vesco Reprographics**<br>**1351 Aucutt Road**<br>**Montgomery, IL 60538** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Walnut Custom Homes**<br>**P.O. Box 605**<br>**Walnut, IL 61376** |

Sheet __**2**__ of __**4**__ continuation sheets attached to the Schedule of Codebtors

In re   **Frank A Dimperio, Jr.,**                         Case No. _____
       **Katie B Dimperio**

Debtors ,

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Waste Management**<br>**1411 Opus Place, Suite 400**<br>**Downers Grove, IL 60515** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Waste Management**<br>**1411 Opus Place, Suite 400**<br>**Downers Grove, IL 60515** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Yorkville Napa Auto Parts**<br>**906 South Bridge Street**<br>**Yorkville, IL 60560-1709** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Ford Credit**<br>**c/o National Bankruptcy Services Center**<br>**P.O. Box 537901**<br>**Livonia, MI 48153-7901** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Chase Auto Finance**<br>**P.O. Box 901076**<br>**Phoenix, AZ 85062-8070** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Bradco Supply Corporation**<br>**12601 South Springfield**<br>**Alsip, IL 60803** |
| **Avenue Premier Carp. & Siding Cntcr**<br>**P.O. Box 126**<br>**Newark, IL 60541** | **Hinsdale Bank and Trust**<br>**Loan Operations**<br>**25 East First Street**<br>**Hinsdale, IL 60521** |
| **Debbie Brykczynski**<br>**14600 Crystal Tree Drive**<br>**Orland Park, IL 60462** | **Prestige Capital Corporation**<br>**400 Kelby Street**<br>**14th Floor**<br>**Fort Lee, NJ 07024** |
| **Frank Dimperio, Jr.**<br>**10724 Valley Court**<br>**Orland Park, IL 60462** | **Prestige Capital Corporation**<br>**400 Kelby Street**<br>**14th Floor**<br>**Fort Lee, NJ 07024** |
| **Isolabella Properties, LLC** | **US Bank fka Community Bank of Lemont**<br>**1229 State Street**<br>**Lemont, IL 60439** |
| **Isolabella Properties, LLC** | **Frank Caruso**<br>**c/o William D. Cherney, Esq.**<br>**111 East Jefferson**<br>**Naperville, IL 60566** |
| **John Cooney, Esq.**<br>**4925 Indiana Avenue**<br>**Lisle, IL 60532** | **US Bank fka Community Bank of Lemont**<br>**1229 State Street**<br>**Lemont, IL 60439** |

Sheet  __3__  of  __4__  continuation sheets attached to the Schedule of Codebtors

In re    **Frank A Dimperio, Jr.,**            Case No. _____
       **Katie B Dimperio**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Cooney, Esq.**<br>**4925 Indiana Avenue**<br>**Lisle, IL 60532** | **Frank Caruso**<br>**c/o William D. Cherney, Esq.**<br>**111 East Jefferson**<br>**Naperville, IL 60566** |
| **Katie Dimperio**<br>**10724 Valley Court**<br>**Orland Park, IL 60462** | **Prestige Capital Corporation**<br>**400 Kelby Street**<br>**14th Floor**<br>**Fort Lee, NJ 07024** |
| **Repro Graphics and Printing, Inc.**<br>**19046 Henry Drive**<br>**Mokena, IL 60448** | **Harris Bank, N.A.**<br>**111 West Monroe Street**<br>**Chicago, IL 60603-4095** |
| **Repro Graphics and Printing, Inc.**<br>**19046 Henry Drive**<br>**Mokena, IL 60448** | **Equilease Financial Services, Inc.**<br>**50 Washington Street, 10th Floor**<br>**Norwalk, CT 06854** |
| **Steve Brykczynski**<br>**14600 Crystal Tree Drive**<br>**Orland Park, IL 60462** | **Prestige Capital Corporation**<br>**400 Kelby Street**<br>**14th Floor**<br>**Fort Lee, NJ 07024** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  Frank A Dimperio, Jr.                                    Case No. _____
       Katie B Dimperio
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Son<br>Daughter | AGE(S):<br>13<br>7<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Contractor | Psychoanalyst |
| Name of Employer | 5th Avenue Construction, Inc. | Newsome & Associates, Ltd. |
| How long employed | Since February 2010 | 8 years |
| Address of Employer | | 200 Ravinia Place<br>Orland Park, IL 60462 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,895.78 | $ 1,966.15 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 6,895.78 | $ 1,966.15 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 6,895.78 | $ 1,966.15 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,895.78 | $ 1,966.15 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 8,861.93 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     Husband's income fluctuate significantly based upon availabilty of work; Above figures represent average income received for
     period of February 1, 2010 - August 31, 2010.

B6J (Official Form 6J) (12/07)

In re  Frank A Dimperio, Jr.                                    Case No. _____
_____Katie B Dimperio_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 6,250.00 |
|    a. Are real estate taxes included?        Yes  X       No ___ | | |
|    b. Is property insurance included?        Yes  X       No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 1,600.00 |
|            b. Water and sewer | $ | 250.00 |
|            c. Telephone | $ | 140.00 |
|            d. Other  Cable/Internet/Phone | $ | 228.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 224.00 |
| 7. Medical and dental expenses | $ | 30.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 0.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 0.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  See Detailed Expense Attachment | $ | 975.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,597.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 8,861.93 |
| b.  Average monthly expenses from Line 18 above | $ | 11,597.00 |
| c.  Monthly net income (a. minus b.) | $ | -2,735.07 |

**B6J (Official Form 6J) (12/07)**

In re    Frank A Dimperio, Jr.                   Case No. _____
      Katie B Dimperio
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Childcare | $ | 600.00 |
| Kids Activities, School Supplies | $ | 150.00 |
| Haircuts, Personal Items | $ | 125.00 |
| Lawn Care, Snow Removal | $ | 100.00 |
| **Total Other Expenditures** | $ | 975.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Frank A Dimperio, Jr.
       Katie B Dimperio
                            Debtor(s)

Case No. _____

Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___57___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   September 28, 2010         Signature   /s/ Frank A Dimperio, Jr.
                                                    Frank A Dimperio, Jr.
                                                    Debtor

Date   September 28, 2010         Signature   /s/ Katie B Dimperio
                                                    Katie B Dimperio
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Frank A Dimperio, Jr.
Katie B Dimperio

Debtor(s)

Case No. _____

Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $156,518.00 | 2008: Wages ($135,000); Business Income ($21,518) |
| $0.00 | 2009: Investigation Continuing |
| $67,999.66 | 2010: Wife's Business Income ($15,729.18); Husband's Business Income ($52,270.48) |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,836.00 | 2008: Taxable Interest ($746); Ordinary Dividends ($557); Taxable Refund ($1,443); Capital Gain ($90) |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bradco Supply Corporation v. Avenue Premier Carpentry & Siding Contractors, Inc., et al, Case No. 09 M1 178844 | Contract | Circuit Court of Cook County | Judgment |
| Aaron O'Dell and Melissa O'Dell v. City of Highland APrk, et al, Case no, 09 L 1107 | Personal Injury | Circuit Court of Cook County | Pending |
| Enterprise Leasing Company of Chicago v. Avenue Premier Carpentry and Siding Contractors, Inc., Case No. 2010 L 721 | Contract | Circuit Court of the Eighteenth Judicial Circuit, DuPage, Illinois | Pending |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Alexander Lumber vs. Avenue Premier Carpentry & Siding Contractors, Inc., Case No. 09 L 00028 | Contract | Kendall County | Judgment |
| BHFX v. Avenue Premier Carpentry & Siding Contractors, Inc., Case No. 09 SC 001040 | Contract | Kendall County | Judgment |
| Harris Bank, N.A. v. Repro Graphics and Printing, Inc., et al., Case No. 10 L 00572 | Contract | Circuit Court of Cook County | Judgment |
| James P. Meyers v. Avenue Contractors, Inc., et al., Case No. 09 M1 112705 | Contract | Circuit Court of Cook County | Pending |
| U.S. Bank National Association, successor in interest to Community Bank of Lemont v. Isolabella Properties, LLC, et al., Case No. 2009 CH 28321 | Foreclosure | Circuit Court of Cook County | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | 09/10 | $3,000.00 |

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Rizzi Cadillac<br>8425 West 59th Street<br>Tinley Park, IL 60487<br>    None | September 2010 | 2007 Navigator; All proceeds to Harris Bank, N.A. |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Harris Bank, N.A.<br>P.O. Box 94033<br>Palatine, IL 60094 | Checking Account #0404078001; Negative Balance | June 2010 |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Harris Bank, N.A.<br>P.O. Box 94033<br>Palatine, IL 60094 | Checking Account #0409012062; $33.80 | July 2010 |
| Harris Bank, N.A.<br>P.O. Box 94033<br>Palatine, IL 60094 | Savings Account #0400696062; $1,123.80 | July 2010 |
| Harris Bank, N.A.<br>P.O. Box 94033<br>Palatine, IL 60094 | Savings Account #0400688424; $1,235.36 | July 2010 |
| Harris Bank, N.A.<br>P.O. Box 94033<br>Palatine, IL 60094 | Savings Account #0400663880; $834.72 | July 2010 |

## 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Avenue Premier Carp. & Siding Cntr, Inc. | 20 8444642 | 902 East Route 71 Newark, IL 60541 | Construction | 3/06 - 2010 |
| Repro Graphics and Printing, Inc. | 20 4900599 | 902 East Route 71 Newark, IL 60541 | Printing | 5/16 - 10/08 |
| Avenue, Inc. | 36 4265654 | 15774 South LaGrange Road Harvey, IL 60426 | Contruction | 12/98/ - 11/07 |

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Avenue Contractors, Inc. | 26 0552816 | 902 East Route 71 Newark, IL 60541 | Contractors | 6/07 - present |
| Avenue Financial Management, Inc. | 36 3738268 | 902 East Route 71 Newark, IL 60541 | Construction Management | 11/90- 12/08 |
| Capital Group Investments, LLC | 36 0076464 | 902 East Route 71 Newark, IL 60541 | Real Estate | 5/03 - present |
| D&B Group Investments, LLC | 20 1464603 | 902 East Route 71 Newark, IL 60541 | Real Estate | 4/04 - 12/06 |
| D&B Holding, LLC | 38 3680339 | 902 East Route 71 Newark, IL 60541 | Real Estate | 5/03 - 6/08 |
| Panellas Ristorante | 27 1168907 | 10724 Valley Court Orland Park, IL 60462 | Restaurant | 2009 - present |
| Chicago Area Developers | 27 0344980 | 2248 West School Street Chicago, IL 60618 | Construction | 2009 - present |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
Focus Business Services, LLC                            2006 - Present
1333 Butterfield Road
Suite 490
Downers Grove, IL 60515-5609

Larry J. Wolfe, Ltd.                                    January 2010 - Present
9933 Lawler Avenue
Skokie, IL 60077

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

8

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS            DATE ISSUED

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    September 28, 2010                        Signature    /s/ Frank A Dimperio, Jr.
                                                                Frank A Dimperio, Jr.
                                                                Debtor


Date    September 28, 2010                        Signature    /s/ Katie B Dimperio
                                                                Katie B Dimperio
                                                                Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Frank A Dimperio, Jr.
        Katie B Dimperio                                      Case No. _____
                                  Debtor(s)    Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase Auto Finance | 2008 Ford Escape (Titled in Name of Frank Dimperio, Jr. and Avenue Premier Carpentry 7 Siding Contractors, Inc.) |

Property will be (check one):
     ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ■ Other.  Explain  Retain Collateral and Continue to Make Payments   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt                 ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Crystal Tree Golf and County Club | Membership at Crystal Tree Golf and Country Club |

Property will be (check one):
     ■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt                 ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>First Federal Savings Bank | **Describe Property Securing Debt:**<br>10724 Valley Court, Orland Park IL; Single Family Residence |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain   Retain Collateral and Continue to Make Payments   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Ford Credit | **Describe Property Securing Debt:**<br>2008 Ford F250 (82,000 miles)(Titled in name of Frank Dimperio, Jr. and Avenue Premier Carpentry & Siding Contractors, Inc.) |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain   Retain Collateral and Continue to Make Payments   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 3

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>Ford Credit | **Describe Property Securing Debt:**<br>2008 Ford F250 (121,000 miles) (Titled in name of Frank Dimperio, Jr. and Avenue Premier Carpentry & Siding Contractors, Inc.) |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  <u>Retain Collateral and Continue to Make Payments</u>  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  <u>September 28, 2010</u>            Signature  <u>/s/ Frank A Dimperio, Jr.</u>
                                                          Frank A Dimperio, Jr.
                                                          Debtor

Date  <u>September 28, 2010</u>            Signature  <u>/s/ Katie B Dimperio</u>
                                                          Katie B Dimperio
                                                          Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  Frank A Dimperio, Jr.
Katie B Dimperio

Debtor(s)

Case No.

Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ Per Hourly Fee Schedule |
| Prior to the filing of this statement I have received | $ 3,000.00 |
| Balance Due | $ 1,000.00 |

2.   The source of the compensation paid to me was:

   ☒ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☒ Debtor       ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
          All services required in Chapter 7 case

   6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:  None

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   September 28, 2010

/s/ Gregory K. Stern
Gregory K. Stern 6183380
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558  Fax: (312) 427-1289

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Frank A Dimperio, Jr.
        Katie B Dimperio                                              Case No.

                                           Debtor(s)              Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Frank A Dimperio, Jr.
Katie B Dimperio
Printed Name(s) of Debtor(s)

X  /s/ Frank A Dimperio, Jr.          September 28, 2010
    Signature of Debtor               Date

Case No. (if known)

X  /s/ Katie B Dimperio             September 28, 2010
    Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | Frank A Dimperio, Jr.<br>Katie B Dimperio | Case No. | |
| | Debtor(s) | Chapter | 7 |

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 173

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  September 28, 2010  _____  /s/ Frank A Dimperio, Jr. _____
Frank A Dimperio, Jr.
Signature of Debtor

Date:  September 28, 2010  _____  /s/ Katie B Dimperio _____
Katie B Dimperio
Signature of Debtor

ACB American, Inc.
P.O. Box 2548
Cincinnati, OH 45201-2548


Addison Building Materials
3201 S. Busse Road
Arlington Heights, IL 60005


Advocate Occupational Health
P.O. Box 7003
New Lenox, IL 60451


Air Fastening Systems
11 East Adams
Chicago, IL 60603


Alexander Lumber
100 Barney Drive
Joliet, IL 60435


Alexian Brother Corporate Services
25466 Network Place
Chicago, IL 60673-1254


Alside Supply
2500 Vantage Drive
Elgin, IL 60123


Anasco Incorporated
1515 West Fullerton Avenue
Addison, IL 60101


Apple Towing
P.O. Box 1061
Frankfort, IL 60423


Armstrong Cash & Carry Lumber Co.
1705 E. University Avenue
P.O. Box 514
Urbana, IL 61802


Arneson Oil Company
100 Gletty Road
Sandwich, IL 60548

Art Bicksler Snow Removal
6049 Wheeler Road
Yorkville, IL 60560


Assurance Safety Consulting
1750 E. Golf Road
Schaumburg, IL 60173


AT&T
P.O. Box 9001309
Louisville, KY 40290-1309


Aurora Medical Center - Kenosha
P.O. Box 341700
Milwaukee, WI 53234


Aurora Medical Group
P.O. Box 341457
Milwaukee, WI 53234


Bell Boyd and Lloyd
70 West Madison Street
Suite 310
Chicago, IL 60602-4207


Berwyn Emergency Physicians
75 Remit Drive #1209
Chicago, IL 60675-1209


BHFX Digital Imaging
80 West Seegers Road
Arlington Heights, IL 60005


Bielinksi Dermatology Group
SkinMD
16105 South LaGrange Road
Orland Park, IL 60467


BIS Coalition @ NIU
1120 East Diehl Road
Suite 110
Naperville, IL 60563-1486

Bloomingdale's
Dept 4508
Cincinnati, OH 45274-4508


Bluewire Communications
2720 South River Road
#150
Chicago, IL 60618


BP Amoco
P.O. Box 9014
Des Moines, IA 50306-9014


Bradco Supply Corporation
12601 South Springfield
Alsip, IL 60803


Burke & White
5330 Main Street, #200
Downers Grove, IL 60515


Canon Financial Services, Inc.
P.O. Box 4004
Carol Stream, IL 60197-4004


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Carl M. Webber, Esq.
Webber & Thies, p.C.
2020 Lincoln Square
Urbana, IL 61801


Carpenter's Fringe Benefit Funds of IL
P.O. Box 4001
Geneva, IL 60134


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Auto Finance
P.O. Box 901076
Phoenix, AZ 85062-8070

Chase Auto Finance
PO Box 5210
New Hyde Park, NY 11042


Chicago District Council of Carpenters
12 E. Erie Street
Chicago, IL 60611


Chicago Regional Council of Carpenters
12 East Erie Street
Chicago, IL 60611


Citi Cards
P.O. Box 6000
The Lakes, NV 89163-6000


Citibank
P.O.Box 6191
Sioux Falls, SD 57117-6191


City of Champaign
Public Works: Parking Programs
713 Edgebrook Drive
Champaign, IL 61820


City of Chicago
Department of Revenue
P.O. Box 88292
Chicago, IL 60680-1292


Comdata
P.O. Box 100647
Atlanta, GA 30384-0647


Component Systems-Illinois, LLC
209 North Bridge Street
P.O. Box 98
Eleroy, IL 61027


Craig Millwork
10410 West 163rd Place
Orland Park, IL 60467

Creditors Financial Group
P.O. Box 440290
Aurora, CO 80044-0290


Creditors' Alliance, Inc.
PO Box 1288
Bloomington, IL 61702-1288


Crystal Tree Golf and County Club
10700 West 153rd Street
Orland Park, IL 60462


Daniel McAnally, Esq.
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601


Dennie Porick, Esq.
63 West Jefferson Street, #100
Joliet, IL 60432


DirecTV, Inc.
Business Service Center
P.O. Box 5392
Miami, FL 33152-5392


Edwards Hospital
P.O. Box 4207
Carol Stream, IL 60197-4207


Emergency Treatment SC
900 Jorie Boulevard
#220
Oak Brook, IL 60523


Enterprise Fleet Management
P.O. Box 800089
Kansas City, MO 64180-0089


Equilease Financial Services, Inc.
50 Washington Street, 10th Floor
Norwalk, CT 06854

FedEx
3965 Airways, Module G
Memphis, TN 38116

FedEx
P.O. Box 94515
Palatine, IL 60094

Feece Oil Company
1700 Hubbard Avenue
Batavia, IL 60510

Fenn Landscape
14871 South 82nd Avenue
Orland Park, IL 60462

First Federal Savings Bank
633 LaSalle Street
Ottawa, IL 61350

First Specialty Insurance
P.O. Box 1450
Minneapolis, MN 55485-1450

Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

Fisher Mangold, Joliet
P.O. Box 634717
Cincinnati, OH 45263-4717

Fleet Fueling
P.O. Box 6993
Carol Stream, IL 60197-6293

Focus Business Services, LLC
1333 Butterfield Road
Suite 490
Downers Grove, IL 60515

Ford Credit
c/o National Bankruptcy Services Center
P.O. Box 537901
Livonia, MI 48153-7901

Ford Credit
PO Box 542000
Omaha, NE 68154-8000


Ford Motor Company
P.O. Box 219825
Kansas City, MO 64121


Frank Caruso
c/o William D. Cherney, Esq.
111 East Jefferson
Naperville, IL 60566


Gary Fernandez, CPA
1200 Roosevelt Road
Suite 150
Glen Ellyn, IL 60137


Gary J. Fernandez & Assoc., Ltd.
1200 Roosevelt Road, Suite 150
Glen Ellyn, IL 60137


GE Capital
P.O. Box 409582
Atlanta, GA 30384


Geneva Carpenters Fund
P.O. Box 4001
Geneva, IL 60134-4001


George E. Rydman & Associates
15 West Jefferson Street
Joliet, IL 60432


Globalcom
P.O. 809123
Chicago, IL 60680-9123


Globe Exteriors
400 West Belden Avenue
Addison, IL 60101-4903


GMAC
P.O. Box 380902
Minneapolis, MN 55438-0902

Gordon Flesch Company, Inc.
P.O. Box 992
Madison, WI 53701-0992


Grainger Industrial
Dept. 860152297
Palatine, IL 60038-0001


Grasshopper Lawn & Landscape
500 Joyce Road
Joliet, IL 60436


Grundy Bank
201 Liberty Street
Morris, IL 60450


Harris Bank, N.A.
111 West Monroe Street
Chicago, IL 60603-4095


Hinckley Springs Water Co.
P.O. Box 660579
Dallas, TX 75266-0579


Hinsdale Bank and Trust
Loan Operations
25 East First Street
Hinsdale, IL 60521


Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


Hopper Roofing and Siding Supply
1300 West 180th Street
Lowell, IN 46356


Howard & Howard Attorneys, PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604


Hunter Warfield
3111 West Dr. Matrin Luther King Blvd.
#200
Tampa, FL 33607

Ice Town Leasing
P.O. Box 1008
Arlington Heights, IL 60006


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Dept. of Employment Security
P.O. Box 803412
Chicago, IL 60680-3412


Illinois Valley Millworks
1605 Division Street
Mendota, IL 61342


Industrial Pharmacy Management
P.O. Box 512518
Los Angeles, CA 90051


InterExchange Inc.
c/o The Schutzer Group, PLLC
330 Seventh Avenue, 15th Floor
New York, NY 10001


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


J.S. Pauluch Co., Inc.
P.O. Box 2703
Schiller Park, IL 60176


James Meyers
c/o Jonathan G. Bunge, P.C.
3014 N. Racine #1
Chicago, IL 60657


James Riley, Esq.
327 South First Street
Geneva, IL 60134

Jerry Castle and Son Hi Lift
651 East Devon
Elk Grove Village, IL 60007


John A. Lipinsky, Esq.
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532


John Cooney, Esq.
4925 Indiana Avenue
Lisle, IL 60532


Karabowicz and Associates
1215 Paramount Parkway
Batavia, IL 60510


Key West Metal Industries
13831 S. Kostner Avenue
Midlothian, IL 60445


Lake County Emergency Physicians
6400 Industrial Loop
Greendale, WI 53129-2452


Laner Muchin
515 North State Street
Suite 2800
Chicago, IL 60610-4324


Larry J. Wolfe, Ltd.
9933 Lawler Avenue
Suite 208
Skokie, IL 60077


Leaf Funding
P.O. Box 643172
Cincinnati, OH 45264-3172


LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

Mac Auto
1525 Ogden Avenue
Lisle, IL 60532


MacNeal Hospital
2384 Paysphere Circle
Chicago, IL 60674


Macy's
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040


Marco Island Acquisitions LLC
DBA Allards of Marco
840 East Elkcam Circle
Marco Island, FL 34145


Markoff & Krasny
29 North Wacker Drive
Suite 550
Chicago, IL 60606-2854


Martin Brown and Sullivan
321 South Plymouth Court
10th Floor
Chicago, IL 60601


Material Steel Services, Inc.
P.O. Box 464
Huntley, IL 60142-0464


MEA-AEA Kenosha, SC
P.O. Box 3043
Hinsdale, IL 60522


MEA-SJMC, LLC
P.O. Box 87156
Carol Stream, IL 60197


MEC Equipment
2152 Glenwood Dyer Road
Chicago Heights, IL 60411

Medworks Health Center
P.O. Box 593
Bedford Park, IL 60499-0593


Michael W. Husemand, Esq.
1999 West Ddowner Place
Aurora, IL 60506


Midwest Siding Supply
1001 Aucutt Road
Montgomery, IL 60538


Midwest Suburban Publishing
P.O. Box 757
Tinley Park, IL 60477-0757


Minooka Grain & Lumber
404 Mondamin Street
Minooka, IL 60447


Minooka Grain, Lumber & Supply Co.
P.O. Box 126
Newark, IL 60541-0126


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Radiology Associates
P.O. Box 809
Morris, IL 60450


Much Shelist
191 North Wacker Drive
Suite 1800
Chicago, IL 60606-1615


NAHB Research Center
400 Prince George's Boulevard
Upper Marlboro, MD 20774-8731


Navigators Insurance
230 West Monroe Street
Chicago, IL 60606

NCO Financial System, Inc.
P.O. Box 510950
New Berlin, WI 53151-0950


Neiman Marcus
P.O. Box 729080
Dallas, TX 75372-9080


Nextel Communications
P.O. Box 4181
Carol Stream, IL 60197


Nichols Crane Rental
P.O. Box 182
Manhattan, IL 60442


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Norandez / Reynolds Distributors
4321 West 136th Street
Midlothian, IL 60445


Aaron and Melissa O'Dell
c/o Mulherin, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL 60187


Oaklawn Radiology Imaging
37241 Eagle Way
Lombard, IL 60148


Optimum Mastercard
P.O. Box 80051
Salinas, CA 93912-0069


Orkin Exterminating, Inc.
5336 West 124th Street
Alsip, IL 60803


Orland School District 135
Business Officer
15100 South 94th Avenue
Orland Park, IL 60462

Osho
1600 167th Street
Suite 9
Calumet City, IL 60409


Pentagroup Financial, LLC
5959 Corporate Drive
Suite 1400
Houston, TX 77036


Portable Services
1414 Canal Street
Lockport, IL 60441


Prestige Capital Corporation
400 Kelby Street
14th Floor
Fort Lee, NJ 07024


Principal Financial Group
P.O. Box 14513
Des Moines, IA 50306-3513


Provena Mercy Center
75 Remittance Drive, Suite 1871
Chicago, IL 60675


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


RAI Consultants
P.O. 1130
Libertyville, IL 60048


Receivable Management Services
1250 E. Diehl Road, Suite 300
PO Box 3100
Naperville, IL 60563


Receivable Management Services
4836 Brecksville Road
PO Box 523
Richfield, OH 44286

Royal Crane
P.O. Box 1858
Bridgeview, IL 60455


Seabright Insurance Company
13038 Collections Center Drive
Chicago, IL 60693


Sign Identity
415 Taft Avenue
Glen Ellyn, IL 60137-6209


Silver Cross Hospital
1200 Maple Road
Joliet, IL 60432


Source One
P.O. Box 159
Lockport, IL 60441


Speedway Super America, LLC
P.O. Box 740587
Cincinnati, OH 45274-0587


Terry's Ford, Lincoln-Mercury
363 North Harlem Avenue
Peotone, IL 60468


The Bourne
2359 N. 35th Road
Marseilles, IL 61341


Thomas & Thomas
2323 Park Avenue
Cincinnati, OH 45206-2711


Transworld Systems, Inc.
1375 East Woodfield Road
#110
Schaumburg, IL 60173


Twin Oak Landscaping
c/o Joseph Voiland
1625 Wing Road
Yorkville, IL 60560

US Bank fka Community Bank of Lemont
1229 State Street
Lemont, IL 60439


Utica LeaseCo LLC
44225 Utica Road
Utica, MI 48317


Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842


Van Bruggen Signs
13401 Southwest Highway
Orland Park, IL 60462


Vesco Reprographics
1351 Aucutt Road
Montgomery, IL 60538


Walnut Custom Homes
P.O. Box 605
Walnut, IL 61376


Warehouse on Wheels
P.O. Box 39
Lemont, IL 60439


Waste Management
1411 Opus Place, Suite 400
Downers Grove, IL 60515


Wheel Go Camping
13515 West 159th Street
Homer Glen, IL 60491-7652


Will County Local 174
1403 Essington Street
Joliet, IL 60435


William E. Jegen, Esq.
536 Crescent Blvd., #200
Glen Ellyn, IL 60137

Wilson Wholesale Supply
405 South Barrington Road
Wauconda, IL 60084


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713


Working RX
P.O. Box 536709
Atlanta, GA 30353-6709


Yorkville Napa Auto Parts
906 South Bridge Street
Yorkville, IL 60560-1709